Kimberly S. Keller, Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Geronimo Salvador Santos–Nuez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Santos–Nuez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Luis RODRIGUEZ MARTINEZ, also known as Jose Luis Rodriguez, also known as Jose Luis Rodriguez–Martinez, Defendant–Appellant.

No. 09–20779
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Gerardo S. Montalvo, The Montalvo Law Firm, Houston, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jose Luis Rodriguez Martinez (Rodriguez) appeals the sentence imposed following his conviction for illegal reentry after deportation under 8 U.S.C. § 1326. Rodriguez contends that the district court erred by imposing a 16–level crime of violence enhancement based on his prior Texas conviction for sexual assault of a child, which is a violation of Texas Penal Code

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 22.011(a)(2). He argues that this conviction does not constitute the enumerated offense of sexual abuse of a minor or statutory rape under the Guidelines because an offense under § 22.011 can be committed against a victim who is only 16 years of age. Rodriguez concedes that his argument is foreclosed and moves for summary affirmance to preserve the issue for appeal.

As Rodriguez concedes, his argument is foreclosed by *United States v. Castro–Guevarra*, 575 F.3d 550 (5th Cir.), *cert. denied*, —— U.S. ——, 130 S.Ct. 649, 175 L.Ed.2d 496 (2009). Accordingly, his motion for summary affirmance is GRANTED and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

